UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JAMES H. HAYES, | Case No. 2:22-cv-00202-GMN-DJA |
| Petitioner, | ORDER |
| v. | |
| WILLIAM HUTCHINGS, et al., | |
| Respondents. | |

This 28 U.S.C. § 2254 pro se habeas action was opened in error. On February 22, 2022, the document inadvertently filed in this case was re-filed in Hayes' original habeas action (2:21-cv-02267-APG-DJA), and this case was closed.

**IT IS THEREFORE ORDERED** that petitioner's motion for status check (ECF No. 5) is **DENIED** as moot.

DATED: 4 April 2022.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE